**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01126-RBJ

WELLONS GROUP, INC., a Washington corporation,

        Plaintiff,

v.

DEAN L. ROSTROM, individually;
KENDRIC B. WAIT, individually;

        Defendants.

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT
WELLONS GROUP, INC.**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, plaintiff Wellons Group, Inc. hereby submits this corporate disclosure statement. Plaintiff has no parent company and no publicly held corporation owns 10 percent or more of its outstanding stock.

DATED this 17th day of May, 2016.

        *s/ Stephen G. Leatham*
        **Stephen G. Leatham**
        HEURLIN, POTTER, JAHN, LEATHAM,
        HOLTMANN & STOKER, P.S.
        211 E. McLoughlin Blvd., Suite 100
        Vancouver, WA  98663
        Telephone:  (360) 750-7547
        FAX:  (360) 750-7548
        E-mail:  sgl@hpl-law.com
        Attorney for Plaintiff Wellons Group, Inc.