**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01126-RBJ

WELLONS GROUP, INC., a Washington corporation,

        Plaintiff,

v.

DEAN L. ROSTROM, individually;
KENDRIC B. WAIT, individually;

        Defendants.

## NOTICE OF RELATED CASE

PURSUANT TO D.C.COLO.LCivR 3.2, plaintiff gives notice of the following related case:

Wellons, Inc. v. Eagle Valley Clean Energy, LLC, et al., United States District Court for the District of Colorado Civil Action No. 1:15-cv-01252, consolidated with Civil Action No. 1:15-cv-02055. Plaintiff in this case, Wellons Group, Inc., is the parent company of the plaintiff, Wellons, Inc., in the related case. The related case remains pending.

DATED this 17th day of May, 2016.

        *s/ Stephen G. Leatham*
        **Stephen G. Leatham**
        HEURLIN, POTTER, JAHN, LEATHAM,
        HOLTMANN & STOKER, P.S.
        211 E. McLoughlin Blvd., Suite 100
        Vancouver, WA 98663
        Telephone: (360) 750-7547
        FAX: (360) 750-7548
        E-mail: sgl@hpl-law.com
        Attorney for Plaintiff Wellons Group, Inc.